

# IN THE
# TENTH COURT OF APPEALS

### No. 10-15-00289-CR

**SHARICE RIVERA-TORRES,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 52nd District Court
### Coryell County, Texas
### Trial Court No. FDP-14-22479

# O R D E R

Appellant's Motion to Extend Time to File Appellant's Brief was filed on October 8, 2015. Appellant's brief is not yet due. *See* TEX. R. APP. P. 38.6 (a). The Clerk's record was recently filed on October 9, 2015 but the reporter's record has not been filed. The reporter has been given an extension of time until October 28, 2015 to file the reporter's record.

Accordingly, appellant's motion is denied without prejudice to file an extension

of time, if needed, after the complete appellate record has been filed.


PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion denied
Order issued and filed October 15, 2015

